*Come* for petitioner. *William B. Carman* and *Charles G. Bakaly, Jr.,* for respondent.

No. 585, Misc. PALMIERI *v.* FLORIDA. Sup. Ct. Fla. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Earl Faircloth,* Attorney General of Florida, and *Harold Mendelow,* Assistant Attorney General, for respondent.

No. 1249. SIDARY, AKA SIDNEY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Walter G. Stumbo* and *John E. Stumbo* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1302. FITZGERALD *v.* CATHERWOOD, INDUSTRIAL COMMISSIONER OF NEW YORK. C. A. 2d Cir. Certiorari denied. *Bernard H. Fitzpatrick* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Joel Lewittes,* Assistant Attorney General, for respondent.

No. 1307. JULES HAIRSTYLISTS OF MARYLAND, INC., ET AL. *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied. *Paul B. Engel* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin,* and *Crombie J. D. Garrett* for the United States et al.

No. 1309. KRESGE FOUNDATION *v.* LOUIS SCHLESINGER Co. C. A. 3d Cir. Certiorari denied. *Robert P. Douglass* for petitioner. *William L. Greenbaum* for respondent.